ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
RACHAEL G. JUNG (SBN 239323)
rjung@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

Attorneys for Plaintiffs
Malina Kindt and George Pappas



GRANTED
Judge Nathanael M. Cousins

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINA KINDT and GEORGE PAPPAS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> AEROVIAS DE MEXICO, S.A. DE C.V.; GRUPO AEROMÉXICO S.A.B. DE C.V.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No: 17-cv-04999-NC <br><br> CLASS ACTION <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> FRCP Rule 41 (a) (1)(A)(ii) |

---

**JOINT STIP RE DISMISSAL**          CASE NO. 17-CV-04999-NC

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Malina Kindt and George Pappas ("Plaintiffs") and Defendants Aerovias De Mexico, S.A. De C.V. and Grupo Aeroméxico S.A.B. De C.V. ("Defendants"), through their respective counsel, hereby submit this Joint Stipulation of Dismissal Without Prejudice.

WHEREAS, Plaintiffs have not moved for class certification, and a class has not been certified by the Court. The Parties' stipulated dismissal of this action without prejudice does not resolve the claims, issues, or defenses of any putative or certified class. Under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a *certified* class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by . . . voluntary dismissal.") (emphasis added).

For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal without prejudice of this action and request that the Court terminate all proceedings in this action.

**IT IS SO STIPULATED.**

Dated: April 6, 2018        **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
ERIC A. GROVER
Attorneys for Plaintiffs

Dated: April 6, 2018        **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Katherine G. Treistman*
KATHERINE G. TREISTMAN
WILLIAM A. MOLINSKI
ANDREW DAVIDSON
MELINDA BLAKE GLASTEIN
Attorneys for Defendants

## Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Eric A. Grover, hereby attest that I have obtained the concurrence in the filing of this document from the signatory to this document.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 6th day of April 2018 in San Francisco, California.

/s/ *Eric A. Grover*
ERIC A. GROVER

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

---

JOINT STIP RE DISMISSAL | 2 | CASE NO. 17-CV-04999-NC